

Opinions of the United
States Court of Appeals
for the Third Circuit

4-13-1999

# Steamfitters Loc 420 v. Philip Morris Inc

Precedential or Non-Precedential:

Docket 98-1426

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1999

## Recommended Citation

"Steamfitters Loc 420 v. Philip Morris Inc" (1999). *1999 Decisions.* Paper 98.
http://digitalcommons.law.villanova.edu/thirdcircuit_1999/98

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1999 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

                    UNITED STATES COURT OF APPEALS
                       FOR THE THIRD CIRCUIT


                            No. 98-1426


          Steamfitters Local Union No. 420 Welfare Fund

                               v.

                       Philip Morris, Inc.


     Please note the following corrections to the Court's slip opinion
issued in
the above-entitled appeal on March 29, 1999:

               Page 7    On the third firm listing on that page the
third attorney should
               be listed as Teresa Kwong (not Swong), and the firm
               address for O'Melveny & Meyers, LLP in that listing should
               be Suite 500 West (not Suite 1500).

                         In the next firm listing Hugh F. Young, Jr.,
Esquire should be
               listed as appearing on behalf of the Product Liability
               Advisory Council, Inc. (not the Produce Liability Advisory
               Council).


                         For the Court,

                         /s/ P. Douglas Sisk

                                   Clerk



Dated: April 12, 1999